CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 27 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES M. HARRIS, | ) | Civil Action No. 7:18-cv-00201 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Michael F. Urbanski |
| L. FLEMING, et al, | ) | Chief United States District Judge |
| Defendant(s). | ) | |

Charles M. Harris, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered on May 4, 2018, the court directed plaintiff to submit an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period within 20 days from the date of the Order. Plaintiff filed returned a copy of the inmate account report signed by the trust officer but did not include the required six-month statements.

By a second Order entered on May 30, 2018, the court explained that plaintiff did not return the required six-month statements and granted plaintiff 20 days from the date of the Order to comply. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 27 day of June, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge