CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 27 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES M. HARRIS,<br>    Plaintiff, | ) <br> ) | Civil Action No. 7:18-cv-00201 |
| v. | ) <br> ) | **DISMISSAL ORDER** |
| L. FLEMING, et al,<br>    Defendant(s). | ) <br> ) <br> ) | By:   Michael F. Urbanski<br>Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 27th day of June, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge